**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mahesh Reinholdson, et al.,

Plaintiffs, Civil No. 01-1650 (RHK/JMM)

vs. **ORDER**

State of Minnesota, et al.,

Defendants.

---

The parties have communicated with the Court regarding Independent School District No. 11's Motion to Dismiss, and scheduling and page limitations with respect thereto. In addition, Plaintiff has recently filed a 74-page, 206 paragraph, First Amended Complaint–apparently in response to a Rule 12 Motion to Dismiss.

The dispositive motions referenced above, together with Plaintiffs' Motion for Class Determination, are referred to Magistrate Judge John M. Mason for recommended dispositions. Accordingly, Judge Mason will resolve all issues regarding scheduling, page limitations, etc. In addition, the Court directs Judge Mason to consider whether the First Amended Complaint complies with Rule 8(a)'s requirement that the Complaint shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief."

Dated: October 24, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________