UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, et al., CIVIL NO. 01-1650 (RHK/JMM)

Plaintiffs,

v.

ORDER

STATE OF MINNESOTA, et al.,

Defendants.

The above matter came on before the undersigned upon Plaintiffs' Motion to Accept Second Amended Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiffs may serve and file their Second Amended Complaint.

2. Plaintiffs' Motion to Accept said Second Amended Complaint and the Memorandum in Support are stricken without prejudice.

Dated: November 2, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This Order confirms the Order dated October 26, 2001, by which this Court authorized Plaintiffs to serve and file a Second Amended Complaint for the reasons set

FILED NOV 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

forth in that Order. The Court has made no determination as to the merits of the Second Amended Complaint, but has merely afforded to Plaintiffs the opportunity to put its allegations in a final form. The Order of October 26, 2001 established the process to be followed in testing the sufficiency of said Second Amended Complaint. The next step in that process is that Defendants shall now either Answer the Second Amended Complaint or deliver and file Motions to Dismiss, supported as required by Local Rule 7.1(b)(2)(A), no later than November 16, 2001.

In addition to the Second Amended Complaint, Plaintiffs have filed a "Notice of Motion and Motion in Support of Second Amended Complaint and a Memorandum in Support of Second Amended Complaint. Since the October 26, 2001 Order had already authorized Plaintiffs to serve and file a Second Amended Complaint, no Motion, nor any hearing is required. The Motion is thus stricken, without prejudice to any of the arguments raised.

J.M.M.