**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mahesh Reinholdson, et al.,

Plaintiffs, Civil No. 01-1650 (RHK/JMM)

vs. **ORDER**

State of Minnesota, et al.,

Defendants.

---

Before the Court are Plaintiffs' Objections to the January 18, 2002 Report and Recommendation (R&R) of Magistrate Judge John M. Mason. Judge Mason has recommended the dismissal without prejudice of the Second Amended Complaint for failure to comply with Rules 8 and 10(b) of the Federal Rules of Civil Procedure.

A de novo review of the objected to portions of the R&R has been conducted. That review satisfies the undersigned that Judge Mason's R&R and his recommended disposition are fully supported by the record before this Court and applicable legal principles relative to the pleadings.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**[1]:

1. The Objections (Doc. No. 40) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 38) is **ADOPTED**; and

---

[1]The Court finds counsel's suggestion–that Judge Mason's "ability to impartially decide this matter" should be questioned–to be without merit.

FEB 2 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 2 1 2002
DEPUTY CLERK

3. The Second Amended Complaint (Doc. No. 16) is **DISMISSED WITHOUT PREJUDICE** as to the right of any Plaintiff to serve and file a new Complaint that complies in all respects with the Federal Rules of Civil Procedure, and particularly Rules 8, 10(b) and 11 thereof;[2]

Dated: November 21, 2002

RICHARD H. KYLE
United States District Judge

[2]Defendant School District No. 11 seeks dismissal "with prejudice," but did not file Objections to the R&R. The request is **DENIED**.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995